**FORM 1 VOLUNTARY PETITION**

**United States Bankruptcy Court**
**Northern District of Illinois**

| | VOLUNTARY PETITION |
|---|---|

**IN RE** (Name of debtor-If Individual, enter Last, First, Middle)
DINAH GIST

**ALL OTHER NAMES** used by debtor in the last 6 years
(Include married, maiden and trade names)

**NAME OF JOINT DEBTOR** (Spouse) (Last, First, Middle)

**ALL OTHER NAMES** used by the joint debtor in the last 6 years
(Include married, maiden and trade names.)

**SOC. SEC./TAX I.D. NO.** (If more than one, state all)
1178

**STREET ADDRESS OF DEBTOR** (No. and street, city, state, zip)
18265 SYCAMORE ST
COUNTRY CLUB HILLS
IL 60478

**SOC. SEC./TAX I.D. NO.** (If more than one, state all)

**STREET ADDRESS OF JOINT DEBTOR** (No. and street, city, state, zip)

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**
Cook

**COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS**

**MAILING ADDRESS OF DEBTOR** (If different from street address)

**MAILING ADDRESS OF JOINT DEBTOR** (If different from street address)

**LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR**
(If different from addresses listed above)

Chapter 13 W/No P/P

☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

**TYPE OF DEBTOR**
☑ Individual
☐ Joint (H&W)
☐ Partnership
☐ Other
☐ Corporation Publicly Held
☐ Corporation Not Publicly Held
☐ Municipality

**NATURE OF DEBT**
☑ Non-Business Consumer
☐ Business - Complete A&B below

**A. TYPE OF BUSINESS** (check one box)
☐ Farming
☐ Professional
☐ Retail/Wholesale
☐ Railroad
☐ Transportation
☐ Manufacturing/Mining
☐ Stockbroker
☐ Commodity Broker
☐ Construction
☐ Real Estate
☐ Other Business

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED** (Check one box)
☐ Chapter 7  ☐ Chapter 11
☐ Chapter 9  ☐ Chapter 12
☐ Chapter 13
☐ § 304-Case Ancillary to Foreign Proceeding

**FILING FEE** (Check one box)
☑ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**NAME AND ADDRESS OF LAW FIRM OR ATTORNEY**
Law Offices of Ronald B. Lorsch
1829 West 170th Street
Hazel Crest, IL 60429
Telephone No. (708) 799-0102

**NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR**

☐ Debtor is not represented by an attorney. Telephone no. of debtor not represented by an attorney.

**STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)**
(Estimates only) (Check applicable boxes)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
☑ 1-15  ☐ 16-49  ☐ 50-99  ☐ 100-199  ☐ 200-999  ☐ 1000-over

**ESTIMATED ASSETS** (In thousands of dollars)
☑ Under 50  ☐ 50-99  ☐ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000  ☐ over 100,000

**ESTIMATED LIABILITIES** (In thousands of dollars)
☑ Under 50  ☐ 50-99  ☐ 100-499  ☐ 500-999  ☐ 1000-9999  ☐ 10,000-99,000  ☐ over 100,000

**ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY**
☑ 0  ☐ 1-19  ☐ 20-99  ☐ 100-999  ☐ 1000-over

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY**
☑ 0  ☐ 1-19  ☐ 20-99  ☐ 100-499  ☐ 500-over

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/24/2005
Time: 11:12:35
Debtor: DINAH GIST
Case: 05-02116    Fee : 194
Chapter: 13  Rec. # : 3120013
Judge: John Squires
341 mtg: 02/14/2005 @ 12:00PM
ConfHrg: 03/02/2005 @ 10:30AM
Trustee: MARILYN MARSHALL

1:05BK02116-BK001

Name of Debtor **DINAH GIST**

Case No. _____

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NORTHERN DISTRICT OF ILLINOIS - EASTERN DIV | 02-46914 | 11/27/02 |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |

| Relationship | District | Judge |
|---|---|---|
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES

**ATTORNEY**

X _Ronald B. Rosch_ (signature)

Signature _____ Date _____

**INDIVIDUAL / JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

X _____
Signature of Debtor
Date _____

X _____
Signature of Joint Debtor
Date _____

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition
Date _____

☐ Exhibit "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)
Exhibit "A" is attached and made a part of this petition.

**TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS** (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____
Signature of Debtor
Date _____

X _____
Signature of Joint Debtor
Date _____

**EXHIBIT "B"** (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney
Date _____

re: _____ Debtor(s) Case No. _____ (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

Total -> $ _____ (Report also on Summary of Schedules.)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| Cash on hand | | | | |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK ONE - CHECKING  FIRST FINANCIAL - SAVINGS | | 22  25 |
| Security deposits with public utilities, telephone companies, landlords, and others. | | | | 1 |
| Household goods and furnishings including audio, video and computer equipment. | | | | 400 |
| Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| Wearing apparel. | | | | |
| ...urs and jewelry. | | | | 400 |

In re: 

Debtor(s)   Case No.

SCHEDULE B
PERSONAL PROPERTY
(If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | | TAX REFUND | | 2000 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

None ___ continuation sheets attached

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)   Total -> $ 2848

In re: DINAH GIST

Debtor(s)    Case No. _____ (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one box)

- [ ] 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
- [x] 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| WEARING APPAREL | 735 ILCS 5/12-1001a | 400 | 400 |
| TAX REFUND | 735 ILCS 5/12-1001b | 2000 | 2000 |

In re: DINAH GIST, Debtor(s)    Case No. _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| CPS<br>PO BOX 57071<br>IRVINE CA 92619-7071 | | | MARCH 2004<br>2000 PLYMOUTH<br>GRAND VOYAGER<br>VALUE $ 7000 | | 7000 | |
| FEDERAL RETIREMENT THRIFT<br>1250 H STREET NW<br>WASHINGTON DC 20005 | | | JANUARY 2004<br>SAVINGS PLAN<br>VALUE $ 2000 | | 2000 | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |
| | | | VALUE $ | | | |

None continuation sheets attached

Subtotal → (Total of this page) $ 9000

Total $ 9000

In re: DINAH GIST                                                                     Debtor(s)        Case No

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

[ ] **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

[ ] **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

[ ] **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

[ ] **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6)

[ ] **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (7).

[ ] **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (8).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CUD. | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# | | | | | | |
| None | | | | | | |
| A/C# | | | | | | |
| | | | None | | | |
| A/C# | | | | | | |
| | | | | | None | |
| A/C# | | | | | | |
| | | | | | | None |
| A/C# | | | | | | |
| | | | | | | |

__None__ Continuation sheets attached.

Subtotal -> (Total of this page)  $ 00.00

Total -> (use only on last page of the completed Schedule E)  $ 00.00

* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

In re:                                                                 Debtor(s)        Case No

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| CAPITAL ONE<br>PO BOX 790216<br>ST. LOUIS MO 63179-0216 | | | MISC  CREDIT CARD<br>04 | | 531 |
| CROSS COUNTRY<br>PO BOX 310731<br>BOCA RATON FL 33431-0731 | | | MISC  CREDIT CARD<br>04 | | 961 |
| THORN CREEK<br>Park Forest IL 60466 | | | RENT<br>04 | | 416 |
| AMERICA'S FINANCIAL<br>2 WEST MADISON STE 200<br>OAK PARK IL 60302 | | | LOAN<br>04 | | 1000 |
| AMERICASH<br>4818 W. 148th Street<br>midlothian, IL 60445 | | | LOAN<br>04 | | 1000 |
| PAY DAY LOAN STORE, INC<br>4031 B W. 183RD ST<br>COUNTRY CLUB HILLS IL 60478 | | | LOAN<br>04 | | 260 |
| Illinois Catalog SALES<br>17517 S. KEDZIE<br>HAZEL CREST IL 60429 | | | LOAN<br>04 | | 467 |
| Instant Cash<br>4714 W LINCOLN HWY<br>matteson IL 60443 | | | LOAN<br>04 | | 700 |
| AMERICASH LOANS LLC<br>4818 W. 148TH STREET<br>MIDLOTHIAN IL 60445 | | | LOAN<br>04 | | 350 |

Sheet no. ____ of ____ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> $ 5425
(Total of this page)

Total -> $

In re:                                                                 Debtor(s)    Case No

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # MIDWEST PHYSICIAN PO BOX 95401 CHICAGO IL 60694-5401 | | | MEDICAL FAMILY 04 | | 298 |
| A/C # EXEL C/O CREDITORS PO BOX 63 KANKAKEE IL 60901-0063 | | | MEDICAL JALIN 04 | | 81 |
| A/C # AMERICA ONLINE OPD PO BOX 17400 JACKSONVILLE FL 32245-7400 | | | INTERNET SERVICES 04 | | 96 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page) $ 475

Total -> $ 5900

In re: DINAH GIST      Debtor(s)     Case No.     (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| L&J MANAGEM<br>PO BOX 147<br>MATTESON IL 60443 | RESIDENTIAL ONE YEAR LEASE APARTMENT |

In re: DINAH GIST

Debtor(s)    Case No. _____ (if known)

## SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

UITED STATES BANKRUPTCY COURT        NORTHERN   DISTRICT OF  ILLINOIS

DINAH GIST                                    Debtor(s)           Case No.

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. ... case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should ...ide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. Each question ... be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the ...er to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

**INITIONS**

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose ... is form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing ...utive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor ... officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such ...ates; any managing agent of the debtor. 11 U.S.C. §101(30).

None    **1. Income from Employment or Operation of ness**

the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case commenced. State also the gross amounts received during the years immediately preceding this calendar year. (A debtor that tains, or has maintained, financial records on the basis of a fis- ther than a calendar year may report fiscal year income. Iden- he beginning and ending dates of the debtor's fiscal year.) If a petition is filed, state income for each spouse separately. (Mar- lebtors filing under chapter 12 or chapter 13 must state income ...th spouses whether or not a joint petition is filed, unless the ...es are separated and a joint petition is not filed.)
MOUNT and SOURCE (if more than one).

2005  2100
2004  27606
2003  21000

X  one    **2. Income Other than from Employment or Opera- of Business**

the amount of income received by the debtor other than from ...yment, trade, profession, or operation of the debtor's business ...g the two years immediately preceding the commencement of ...ase. Give particulars. If a joint petition is filed, state income ...ch spouse separately. (Married debtors filing under chapter 12 ...apter 13 must state income for each spouse whether or not a ...petition is filed, unless the spouses are separated and a joint ...n is not filed.)
MOUNT and SOURCE.

**yments to Creditors**

X  one    a. List all payments on loans, installment purchases ...ds or services, and other debts, aggregating more than $600 ...creditor, made within 90 days immediately preceding the com- ...ment of this case. (Married debtors filing under chapter 12 ...pter 13 must include payments by either or both spouses whether ...a joint petition is filed, unless the spouses are separated and ...t petition is not filed.)
...ME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID ...OUNT STILL OWING.

X  one    b. List all payments made within one year immedi- ...receding the commencement of this case to or for the benefit ...litors who are or were insiders. (Married debtors filing under ...r 12 or chapter 13 must include payments by either or both ...s whether or not a joint petition is filed, unless the spouses ...arated and a joint petition is not filed.)
...ME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, ...F PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**ts, Executions, Garnishments and Attachments**

X  one    a. List all suits to which the debtor is or was a party ...one year immediately preceding the filing of this bankruptcy ... Married debtors filing under chapter 12 or chapter 13 must ... information concerning either or both spouses whether or ...oint petition is filed, unless the spouses are separated and a ...tition is not filed.)
TION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT CATION and STATUS OR DISPOSITION.

ne    b. Describe all property that has been attached, gar-

immediately preceding the commencement of this case. Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

☒ None    5. Repossessions, Foreclosures, and Returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND VALUE OF PROPERTY.

6. Assignments and Receiverships

☒ None    a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

☒ None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF PROPERTY.

☒ None    7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

☒ None    8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

☐ None    9. Payments Related to Debt Counseling or Bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

Ronald B. Lorsch, 1829 W. 170th Street, Hazel Crest, IL
$ 206   Attorney's Fees
$ 194   Filing Fee

☒ None    10. Other Transfers

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

☒ None   11. Closed Financial Accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

☒ None   12. Safe Deposit Boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒ None   13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

☒ None   14. Property Held for Another Person

List all property owned by another person that the debtor holds or controls.

Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF PROPERTY and LOCATION OF PROPERTY.

☒ None   15. Prior Address of Debtor

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

121 LESTER ROAD
PARK FOREST IL 60466
8-2003        8-2004

10022 S. PULASKI
OAK LAWN IL
10-1999       8-2003

Unsworn Declaration under Penalty of Perjury.

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____ Signature of Debtor _____

Date _____ Signature of Joint Debtor (if any) _____

_None_ continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000 or imprisonment...

UNITED STATES BANKRUPTCY COURT     NORTHERN DISTRICT OF ILLINOIS

In re DINAH GIST

Debtor(s)     Case No.     (If Known)

# STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.
(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
    (a) for legal services rendered or to be rendered in contemplation of and in connection with this case     $ 2700
    (b) prior to filing this statement, debtor(s) have paid     $ 206
    (c) the unpaid balance due and payable is     $ 2494
(3) $ 194 of the filing fee in this case has been paid.     +9.40 copying charges
(4) The services rendered or to be rendered include the following:     =$ 2503.40
    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed.

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed.

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

None

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

None

Dated:     Respectfully submitted, *Ronald B. Lorsch*     Attorney for Petitioner

Attorney's name and address Ronald B. Lorsch, 1829 West 170th Street, Hazel Crest, IL 60429